IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| PINEY WOODS ER III, LLC, *ET AL.*, § § | |
| Plaintiffs § | CIVIL ACTION NO. 5:20-CV-00041-RWS |
| § § | |
| v. § § | |
| BLUE CROSS AND BLUE SHIELD OF § | |
| TEXAS, A DIVISION OF HEALTH CARE § | |
| SERVICE CORPORATION, A MUTUAL § | |
| LEGAL RESERVE COMPANY, § § | |
| Defendant. § | |

**ORDER**

Before the Court is the parties' Joint Motion to Stay All Deadlines and Notice of Settlement. Docket No. 247. The parties explain that "[a]ll matters in controversy between the [p]arties have been settled, in principle, and Plaintiffs' and Defendant's counsel are in the process of executing a settlement agreement." *Id.* at 1. Having considered the motion, and because it is agreed, the Joint Motion to Stay All Deadlines (Docket No. 247) is **GRANTED**. Accordingly, it is

**ORDERED** that all deadlines in the above-captioned case are **STAYED** until **Friday, January 19, 2024**. If the parties have not filed dismissal papers before the expiration of the stay, the parties shall meet and confer and file a joint status update.

**So ORDERED and SIGNED this 27th day of December, 2023.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE