# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| PINEY WOODS ER III, LLC, *ET AL.*, | § |
| | § |
| Plaintiffs | § CIVIL ACTION NO. 5:20-CV-00041-RWS |
| | § |
| v. | § |
| | § |
| BLUE CROSS AND BLUE SHIELD OF TEXAS, A DIVISION OF HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, | § |
| | § |
| Defendant. | § |

## FINAL JUDGMENT

Pursuant to the Court's Order dismissing the above-captioned case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the terms of the settlement agreement. Each party shall bear its own costs and attorneys' fees. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED this 26th day of January, 2024.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE